RALPH GAROFALO, Respondent, *v.* CHARLES SIDOTE, Defendant, and ROGER MARSHALL, Defendant-Appellant.

Submitted June 12, 1944; decided July 19, 1944.

*Joseph F. Clements* for motion.

*Edward A. Shandell* and *Desmond T. Barry* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.

LOUIS G. PACENT, Appellant, *v.* WARNER BROS. PICTURES, INC., et al., Respondents.

Submitted June 12, 1944; decided July 19, 1944.

Motion by appellant for reargument of motion to dismiss appeal denied, with ten dollars costs and necessary printing disbursements. (See 291 N. Y. 658.)

PRESS-ON, INC., Respondent, *v.* JACOB O. GOODMAN, Individually and Doing Business as MENDAIRE PRODUCTS MANUFACTURING Co., Appellant.

Submitted July 19, 1944; decided July 19, 1944.

Motion by respondent to amend remittitur denied, without costs. (See 293 N. Y. 36.)